

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2021

No. 04-20-00392-CV

Sherry **CAGLE** n/k/a Sherry Schwartz,
Appellant

v.

Mario **CUELLAR**, Norma Cuellar, James Donald Cagle, and Hannah Funding LLC.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-01910
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's reply brief is currently due June 7, 2021. On June 3, 2021, appellant filed an unopposed motion requesting an extension of time to file her reply brief until June 21, 2021. After consideration, appellant's motion is **GRANTED**. We **ORDER** appellant to file her reply brief **by June 21, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2021.

_____
Michael A. Cruz,
Clerk of Court